ACCEPTED
15-24-00077-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 11:37 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 936-1700
2/3/2025 11:37:54 AM
Cory.Scanlon@oag.texas.gov
CHRISTOPHER A. PRINE
Clerk

CORY A. SCANLON
Assistant Solicitor General

February 3, 2025

**Via Electronic Filing**

Mr. Christopher A. Prine
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, TX 78701

> **Re:** Substitution of Official Capacity Defendants and Request to Update Caption in *The State of Texas v. City of Austin et al*, Cause No. 15-24-00077-CV

Dear Mr. Prine:

Texas Rule of Appellate Procedure 7.2 provides that when a party to an appeal who is a public officer sued in their official capacity ceases to hold office, the successor officer is automatically substituted as a party. By this letter, the State provides notice that the following substitutions are made and requests that the caption of this case be updated appropriately:

- Krista Lane is substituted for Mackenzie Kelly;

- Mike Siegel is substituted for Leslie Pool;

- T.C. Broadnax, City Manager of Austin, is substituted for Jesus Garza, Interim City Manager of Austin; and

- Lisa Davis, Chief of Police of Austin, is substituted for Robin Henderson, Interim Chief of Police of Austin.

I have conferred with counsel for the appellees, who indicates she does not oppose this request and will continue to represent the substituted parties.

Respectfully submitted.

/s/ Cory A. Scanlon

Cory A. Scanlon
Assistant Solicitor General
State Bar No. 24104599

Counsel for Appellant

cc: All counsel of record (via electronic filing)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Cory Scanlon
Bar No. 24104599
nancy.villarreal@oag.texas.gov
Envelope ID: 96901321
Filing Code Description: Letter
Filing Description: 2025 0203  Request re Substitution of Parties_Final
Status as of 2/3/2025 12:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Briana Nicholson | | briana.nicholson@austintexas.gov | 2/3/2025 11:37:54 AM | SENT |
| Anne Morgan | 14432400 | morgananne62@aol.com | 2/3/2025 11:37:54 AM | SENT |
| Meghan Riley | 24049373 | mriley@earthjustice.org | 2/3/2025 11:37:54 AM | SENT |
| Sara Schaefer | 24086598 | sara.schaefer@austintexas.gov | 2/3/2025 11:37:54 AM | SENT |
| Brandon Mickle | 24123140 | Brandon.mickle@oag.texas.gov | 2/3/2025 11:37:54 AM | SENT |
| Hannah Vahl | | hannah.vahl@austintexas.gov | 2/3/2025 11:37:54 AM | SENT |
| Jessica Martinez | | jessica.martinez4@austintexas.gov | 2/3/2025 11:37:54 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 2/3/2025 11:37:54 AM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 2/3/2025 11:37:54 AM | SENT |